# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRYETT O. WOODS,<br>    Plaintiff(s),<br>v.<br>CSL PLASMA,<br>    Defendant(s). | Case No. 2:23-cv-01716-APG-NJK<br>**ORDER** |

Plaintiff is proceeding in this action *pro se* and has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. Plaintiff has not, however, filed a complaint with his factual allegations, cause(s) of action, statement of jurisdiction, and relief sought. *But see, e.g.*, Fed. R. Civ. P. 8(a). Plaintiff must file a complaint by November 21, 2023.[1] **Failure to comply with this order may result in dismissal of this case.**

IT IS SO ORDERED.

Dated: October 30, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] A form civil complaint can be found on the United States Courts' website. *See* https://www.uscourts.gov/forms/pro-se-forms/complaint-civil-case.