UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRYETT O. WOODS,<br>　　　Plaintiff(s),<br>v.<br>CSL PLASMA,<br>　　　Defendant(s). | Case No. 2:23-cv-01716-APG-NJK<br><br>REPORT AND RECOMMENDATION |

Plaintiff is proceeding in this action *pro se* and has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. Plaintiff did not file a complaint with his factual allegations, cause(s) of action, statement of jurisdiction, and relief sought. *But see, e.g.*, Fed. R. Civ. P. 8(a). On October 30, 2023, the Court ordered Plaintiff to file a complaint by November 21, 2023. Docket No. 3. The Court warned that "**[f]ailure to comply with this order may result in dismissal of this case**." *Id.* (emphasis in original). To date, Plaintiff has not filed a complaint or otherwise responded to the order. Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: November 28, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

1