UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRYETT O. WOODS,<br><br>    Plaintiff<br><br>v.<br><br>CSL PLASMA,<br><br>    Defendant | Case No.: 2:23-cv-01716-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 4] |

On November 28, 2023, Magistrate Judge Koppe recommended that I dismiss this case without prejudice because plaintiff Terryett Woods did not file a complaint by November 21, 2023 as ordered. ECF No. 4.  Woods did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 4) is accepted, and this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 15th day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE