# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRYETT O. WOODS,<br><br>    Plaintiff<br><br>v.<br><br>CSL PLASMA,<br><br>    Defendant | Case No.: 2:23-cv-01716-APG-NJK<br><br>**Order Denying Application to Proceed In Forma Pauperis**<br><br>[ECF No. 6] |

On December 15, 2023, I dismissed this case. On July 10, 2024, plaintiff Terryett Woods filed an application to proceed in forma pauperis. ECF No. 6. Because this case has been closed, that application is a rogue document. If Woods wants to pursue her claims, she must do so in a new lawsuit.

I THEREFORE ORDER that the application to proceed in forma pauperis (ECF No. 6) is denied.

DATED this 3rd day of September, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE